UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH DIAZ,<br><br>    Defendant. | No. 2:18-cv-3265 KJM AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 28, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings generally to be supported by the record and by proper analysis, and the recommendations sound. In particular, the findings and recommendations remain sound, even accounting for plaintiff's clarification that his claim rests in whole or in part on defendant's declining to inform

1

him whether he is eligible for parole consideration with respect to his secondary conviction for possession of narcotics in prison. *See* ECF No. 14 at 1–2.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2019, are adopted in full;
2. This action is dismissed for failure to state a cognizable federal claim; and
3. The clerk of court is directed to close this case.

DATED: March 19, 2020.

CHIEF UNITED STATES DISTRICT JUDGE